NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOBILEYE, INC., AND MOBILEYE TECHNOLOGIES LIMITED,**
*Plaintiffs-Appellants,*

v.

**PICITUP CORP., PICITUP ISRAEL, LTD., IONROAD, LTD., IONROAD TECHNOLOGIES LTD., AND HARMAN INTERNATIONAL INDUSTRIES INCORPORATED,**
*Defendants-Appellees.*

---

2013-1373

---

Appeal from the United States District Court for the Southern District of New York in No. 12-1994, Judge Jed S. Rakoff.

---

**ON MOTION**

---

**O R D E R**

iOnRoad Ltd. and iOnRoad Technologies Ltd. move to withdraw its previous motion to substitute, and move to add Harman International Industries, Incorporated to the case as a defendant-appellee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the motion to substitute is granted.

(2) The motion to reform the caption to add Harman as an appellee is granted. The revised official caption is reflected above.

　　　　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　　　　 /s/ Daniel E. O'Toole
　　　　　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　　　Clerk

s21