# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: August 5, 2013

Official Caption[1]

2013-1373

MOBILEYE, INC.,
and MOBILEYE TECHNOLOGIES LIMITED,

Plaintiffs-Appellants,

v.

PICITUP CORP., PICITUP ISRAEL, LTD.,
IONROAD, LTD., IONROAD TECHNOLOGIES LTD., and HARMAN INTERNATIONAL INDUSTRIES INCORPORATED,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of New York in No. 12-CV-1994, Judge Jed S. Rakoff.

Authorized Abbreviated Caption[2]

MOBILEYE, INC. v PICITUP CORP., 2013-1373

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.